UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KENNY DAVIS                                       CIVIL ACTION NO. 24-cv-043

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

TELLURIAN OPERATING, LLC                          MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Kenny Davis ("Plaintiff"), a Louisiana citizen, filed this civil action in state court, and it was removed based on diversity jurisdiction. After the removal, Plaintiff filed a motion to amend his complaint to add new defendant Energy Rental Solutions, LLC. The court granted leave to amend but reserved the right to vacate the order if it was determined that the new defendant has Louisiana citizenship and the Hensgens factors, (which govern the addition of a diversity-destroying defendant post-removal) are not satisfied. Hensgens v. Deere & Co., 833 F.2d 1179 (5th Cir. 1987).

Energy Rental Solutions, LLC has now appeared in the case and filed a jurisdictional disclosure statement (Doc. 41) in which it states that one of its members is an LLC, and at least one member of that LLC is a citizen of Louisiana. Accordingly, if Energy Rental Solutions, LLC remains in the case, this civil action must be remanded to state court for lack of subject matter jurisdiction.

Before the court issues a remand order, the parties will be allowed until **September 18, 2024** to file a memorandum in response to this order and argue that the Hensgens factors do not warrant allowing the addition of Energy Rental Solutions, LLC as a defendant. If

any such memorandum is filed, Plaintiff will be allowed 14 days afterward to file a response.  If no such memorandum is filed by the deadline, the court will promptly remand the case to state court.

      THUS DONE AND SIGNED in Shreveport, Louisiana, this 3rd day of September, 2024.

                                        Mark L. Hornsby
                                        U.S. Magistrate Judge